# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| **GEORGE PHILLIPS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-2402-MIA |
| ) | |
| **CDA INCORPORATED,** ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER ON THE PLAINTIFF'S MOTION FOR ATTORNEY FEES

By agreement of parties, and for good cause shown,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff shall be awarded attorney fees and cost in the sum of $7,500.00 from the Defendant.

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: May 18, 2005

APPROVED BY:

*Barry W. Kuhn by permission*
BARRY W. KUHN (TN BPR #7638)
5100 Stage Road, Suite 4
Memphis, TN 38134
(901) 377-0344
Attorney for Plaintiff

*Jeff Weintraub*
JEFF WEINTRAUB (TN BPR #9686)
Weintraub, Stock & Grisham, P.C.
1715 Aaron Brenner Drive, Suite 512
Memphis, TN 38120
(901) 526-0431
Attorney for Defendant

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CV-02402 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Charles E. Carpenter
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Cheryl McLemore Hearn
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Honorable S. Anderson
US DISTRICT COURT