IN THE UNITES STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION

GEORGE PHILLIPS,

    Plaintiff,

VS.                              NO.   03-2402-MIA

CDA INCORPORATED.

    Defendant.

## CONSENT ORDER DIRECTING THE CLERK TO PAY MONEY TO THE ATTORNEY FOR THE PLAINTIFF

The Court finds upon the motion of the parties, and by consent of the parties, that the clerk may pay the funds on hand which are believed to be $15,862.95 to Barry W. Kuhn, attorney for the Plaintiff, George Phillips.

IT IS SO ORDERED ADJUDGED AND DECREED.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: May 18, 2005

APPROVED BY:

_Barry W. Kuhn_
BARRY W. KUHN (7638)
5100 Stage Road, Suite 4
Memphis, TN 38134
(901) 377-0344

_Jeff Weintraub by BK_
JEFF WEINTRAUB (#9686)
ATTORNEY AT LAW
1715 Aaron Brenner Drive, Suite 512
Memphis, TN 38120
(901) 526-0431

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CV-02402 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Cheryl McLemore Hearn
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Charles E. Carpenter
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Honorable S. Anderson
US DISTRICT COURT