IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **GEORGE PHILLIPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO.   03-2402 An |
| | ) | |
| **CDA INCORPORATED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED AND ADJUDGED** that in accordance with the Court's Opinion and Order entered on March 29, 2005, judgment is hereby entered in favor of Plaintiff George Phillips and against Defendant CDA, Incorporated for $15,862.95 in unpaid overtime pay and liquidated damages and for $7,500.00 in attorney's fees.

APPROVED:

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

May 18, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By)   Deputy Clerk

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05

52



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02402 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Charles E. Carpenter
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Cheryl McLemore Hearn
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT