IN THE UNITES STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GEORGE PHILLIPS,

    Plaintiff,

VS.                                    NO.   03-2402-MIA

CDA INCORPORATED.

    Defendant.

---

AMENDED CONSENT ORDER DIRECTING THE CLERK
TO PAY MONEY TO THE ATTORNEY FOR THE PLAINTIFF

---

The Court finds upon statement of the attorney for the Plaintiff that he has been advised by Rudy Tipton, assistant District Court Clerk, that the amount previously paid to Barry W, Kuhn, attorney for the Plaintiff, $15,862.95 was incorrect and that the correct amount was $15,869.95, such that the Clerk of the Court should pay to Barry W. Kuhn the additional sum of $7.00.

IT IS SO ORDERED ADJUDGED AND DECREED.

                                        S. THOMAS ANDERSON
                                        UNITED STATES MAGISTRATE JUDGE

DATE:  July 25, 2005

APPROVED BY:

BARRY W. KUHN (7638)
5100 Stage Road, Suite 4
Memphis, TN 38134
(901) 377-0344

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-6-05

## CERTIFICATE OF SERVICE

I, Barry W. Kuhn, do certify that an exact copy of the foregoing Amended Consent Order Directing The Clerk To Pay Money To The Attorney For The Plaintiff, has been forwarded to Jeff Weintraub, at 1715 Aaron Brenner Drive, Suite 512, Memphis, TN 38120 postage pre-paid this 29th day of June, 2005.

_____
BARRY W. KUHN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02402 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Cheryl McLemore Hearn
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Charles E. Carpenter
LAW OFFICES OF CHARLES E. CARPENTER
386 Beale Street
Memphis, TN 38103

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Honorable S. Anderson
US DISTRICT COURT